IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tucker, Angela R

Printed: 4/8/08

Case Number: 07 B 17834
Judge: Hollis, Pamela S
Filed: 9/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,696.34 |  |
| Secured: |  | 3,333.33 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,055.41 |
| Trustee Fee: |  | 307.60 |
| Other Funds: |  | 0.00 |
| Totals: | 5,696.34 | 5,696.34 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,897.00 | 2,055.41 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | United Credit Union | Secured | 0.00 | 0.00 |
| 4. | Santander Consumer USA | Secured | 32,000.00 | 3,333.33 |
| 5. | Chase Home Finance | Secured | 1,221.13 | 0.00 |
| 6. | Nelnet | Unsecured | 0.00 | 0.00 |
| 7. | Capital One | Unsecured | 1,060.10 | 0.00 |
| 8. | United Credit Union | Unsecured | 1,904.67 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 6,789.78 | 0.00 |
| 10. | Chase Automotive Finance | Unsecured | 17,361.12 | 0.00 |
| 11. | Santander Consumer USA | Unsecured | 4,196.19 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 262.62 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 831.71 | 0.00 |
| 14. | AT&T Wireless | Unsecured | 688.26 | 0.00 |
| 15. | Nelnet | Unsecured |  | No Claim Filed |
| 16. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 17. | Queen Of The Universe School | Unsecured |  | No Claim Filed |
| 18. | American General Finance | Unsecured |  | No Claim Filed |
| 19. | Check Into Cash | Unsecured |  | No Claim Filed |
| 20. | Lawn Medical | Unsecured |  | No Claim Filed |
| 21. | Women's Workout World | Unsecured |  | No Claim Filed |
| 22. | Payday Loan | Unsecured |  | No Claim Filed |
| 23. | Advocate Christ Hospital | Unsecured |  | No Claim Filed |
| 24. | Lane Bryant | Unsecured |  | No Claim Filed |
| 25. | JRS-I Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tucker, Angela R | Case Number: 07 B 17834 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 9/28/07 |

```
                                            _____      _____
                                            $ 69,212.58     $ 5,388.74
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 307.60 |
| | _____ |
| | $ 307.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____